IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BLACKLIDGE EMULSIONS, INC.**                                            **PLAINTIFF**

v.                                                   CAUSE NO. 1:19CV422-LG-RPM

**ASPHALT CONSULTANTS, INC.**
**and DANNY GELWIX**                                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered herewith, this Court finds that Plaintiff Blacklidge Emulsions, Inc., is entitled to summary judgment as to its breach of contract claim.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Blacklidge Emulsions, Inc., is granted summary judgment against Asphalt Consultants, Inc. and Danny Gelwix, jointly and severally, in the amount of $881,930.29.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Blacklidge Emulsions, Inc., is entitled to recover its costs from these defendants pursuant to Fed. R. Civ. P. 54(d)(1), as well as attorney's fees and expenses pursuant to Fed. R. Civ. P. 54(d)(2) and the terms of the contract between the parties.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's unjust enrichment and quantum meruit claims are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2020.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE